UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

------------------------------------------------------------ x

EKORNES ASA, and EKORNES, INC.,

                   Plaintiffs,

      - against -

AMAZON.COM, INC., and FACTORY
DIRECT WHOLESALE, LLC d/b/a
CAVALIER WHOLESALE

                   Defendants.

------------------------------------------------------------ x

13 Civ. 1196(ADS)(WDW)

ECF Case

## DEFENDANT AMAZON.COM, INC.'S
## CORPORATE DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Amazon.com, Inc. states that it has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 30, 2013

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____
     James Rosenfeld

1633 Broadway
New York, New York 10019
Tel: (212) 489-8230
Fax: (212) 489-8340

*Attorneys for Defendant Amazon.com, Inc.*