

May 6, 2013

**W. Andrew Mcneil**
202-216-4102
amcneil@mmmlaw.com
www.mmmlaw.com

**VIA ECF**

Hon. Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re:     *Ekornes ASA et al v. Amazon.com, Inc. et al*, (2:13-cv-01196-ADS-WDW)

Dear Judge Spatt,

We represent Defendant Factory Direct Wholesale, LLC d/b/a Cavalier Wholesale in the above-captioned matter, and write to respectfully request a second extension of time to serve a responsive pleading.

The Court granted our one prior request for a two-week extension of time to respond to the Complaint.  As a result, the current deadline is Wednesday, May 8, 2013.  Since our last letter to the Court on April 19, 2013, the undersigned has dealt with personal issues, often requiring substantial time away from the office.  Request is therefore made for an additional two-week extension up to and including May 22, 2013 to answer, move or otherwise respond to the Complaint.  This additional time will allow, among other things, further opportunity for the parties to potentially resolve this matter.

There has been only one prior request for an extension, and Plaintiff's counsel has agreed to the present request for an additional two-week extension up to and including May 22, 2013 to answer, move or otherwise respond to the Complaint.

Respectfully submitted,

MORRIS, MANNING & MARTIN, LLP

W. Andrew McNeil

MORRIS, MANNING & MARTIN, LLP

cc: (via ECF)
  Edward J. Callaghan, Esq.
  Frederick J. Dorchak, Esq.
   Collard & Roe, P.C.
    *Counsel for Plaintiffs*