

27th Floor
1633 Broadway
New York, NY  10019-6708

**James Rosenfeld**
212-603-6455 tel
212-489-8340 fax

jamesrosenfeld@dwt.com

May 8, 2013

**VIA ECF**

Hon. Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

    Re:    *Ekornes ASA et al. v. Amazon.com, Inc., et al.* **(2:13-cv-01196-ADS-WDW)**

Dear Judge Spatt:

    We represent Defendant Amazon.com, Inc. ("Amazon") in the above-captioned matter, and write to respectfully request a further extension of time to move, answer or otherwise respond to the Complaint, until Wednesday, May 22, 2013.  Plaintiffs previously agreed to an extension of Amazon's time to respond until May 1, 2013, and to a second extension until May 8, 2013.  Plaintiffs have agreed to this further request for an extension, until May 22, 2013.  Plaintiffs and Amazon are engaged in settlement discussions.

    Defendant Factory Direct Wholesale, LLC d/b/a Cavalier Wholesale was granted an extension until May 8, 2013, and a further extension until May 22, 2013.

    Thank you very much for the Court's attention to this matter.

                                Respectfully Submitted,

                                James Rosenfeld
                                Davis Wright Tremaine LLP

JR/sn