**MORRIS, MANNING & MARTIN, LLP**

May 22, 2013

**VIA ECF**

Hon. Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 23 2013 ★

LONG ISLAND OFFICE

W. Andrew Mcneil
404-495-3673 tel
404-365-9532 fax
amcneil@mmmlaw.com
www.mmmlaw.com

Re: *Ekornes ASA et al v. Amazon.com, Inc. et al*, (2:13-cv-01196-ADS-WDW)

Dear Judge Spatt,

We represent Defendant Factory Direct Wholesale, LLC d/b/a Cavalier Wholesale in the above-captioned matter, and write to respectfully request an extension of time to move, answer or otherwise respond to the Complaint, for one additional week, until Wednesday, May 29, 2013.

Plaintiffs previously agreed to an extension of Factory Direct Wholesale, LLC d/b/a Cavalier Wholesale's time to respond until May 8, 2013 and to a second extension until May 22, 2013. Plaintiffs have agreed to this further request for an extension of one additional week, until May 29, 2013. Plaintiffs and Factory Direct Wholesale, LLC d/b/a Cavalier Wholesale are engaged in settlement discussions.

Defendant Amazon.com, Inc. was granted an extension until May 8, 2013, and a further extension until May 22, 2013.

Thank you very much for the Court's attention to this matter.

Respectfully submitted,

MORRIS, MANNING & MARTIN, LLP

W. Andrew McNeil

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.

Request Granted
So Ordered
/s/ Arthur D. Spatt
Arthur D. Spatt, USDJ   5/23/13

MORRIS, MANNING & MARTIN, LLP

cc: (via ECF)
    Edward J. Callaghan, Esq.
    Frederick J. Dorchak, Esq.
      Collard & Roe, P.C.
      *Counsel for Plaintiffs*