

**Davis Wright Tremaine LLP**

27th Floor
1633 Broadway
New York, NY 10019-6708

James Rosenfeld
212-603-6455 tel
212-489-8340 fax

jamesrosenfeld@dwt.com

May 21, 2013

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 22 2013 ★

LONG ISLAND OFFICE

**VIA ECF**

Hon. Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re:   *Ekornes ASA et al. v. Amazon.com, Inc., et al.* (2:13-cv-1196-ADS-WDW)

Dear Judge Spatt:

We represent Defendant Amazon.com, Inc. ("Amazon") in the above-captioned matter, and write to respectfully request an extension of time to move, answer or otherwise respond to the Complaint, for one additional week, until Wednesday, May 29, 2013.

Plaintiffs previously agreed to an extension of Amazon's time to respond until May 1, 2013, to a second extension until May 8, 2013 and to a third extension until May 22, 2013. Plaintiffs have agreed to this further request for an extension of one additional week, until May 29, 2013. Plaintiffs and Amazon are engaged in settlement discussions.

Defendant Factory Direct Wholesale, LLC d/b/a Cavalier Wholesale was granted an extension until May 8, 2013, and a further extension until May 22, 2013.

Thank you very much for the Court's attention to this matter.

Respectfully Submitted,

*James Rosenfeld*
James Rosenfeld
Davis Wright Tremaine LLP

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.

Request Granted
So Ordered
/s/ Arthur D. Spatt
Arthur D. Spatt, U.S.D.J
5/22/13

DWT 22023635v1 0051461-000341

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com