

27th Floor
1633 Broadway
New York, NY 10019-6708

**James Rosenfeld**
212-603-6455 tel
212-489-8340 fax

jamesrosenfeld@dwt.com

June 12, 2013

**VIA ECF**

Hon. Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

    Re:    *Ekornes ASA et al. v. Amazon.com, Inc., et al.* **(2:13-cv-1196-ADS-WDW)**

Dear Judge Spatt:

    We represent Defendant Amazon.com, Inc. ("Amazon") in the above-captioned matter, and write to respectfully request an extension of time to move, answer or otherwise respond to the Complaint, for one additional week, until Wednesday, June 19, 2013.

    Plaintiffs previously agreed to an extension of Amazon's time to respond until May 1, 2013, to a second extension until May 8, 2013, to a third extension until May 22, 2013, to a fourth extension until May 29, 2013, to a fifth extension until June 5, 2013 and to a sixth extension until today. Plaintiffs have agreed to this further request for an extension of one additional week, until June 19, 2013. Plaintiffs and Amazon have drafted a settlement agreement and simply have to resolve a final issue and execute the agreement. We greatly appreciate the Court's patience.

    Defendant Factory Direct Wholesale, LLC d/b/a Cavalier Wholesale was granted an extension until May 8, 2013, and further extensions until May 22, 2013, May 29, 2013, June 5, 2013 and June 12, 2013.

    Thank you very much for the Court's attention to this matter.

                          Respectfully Submitted,

                          James Rosenfeld
                          Davis Wright Tremaine LLP